NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JADEUS KIERAN GERVASE JORDAN, )
)
    Appellant, )
)
v. )     Case Nos.  2D17-2612
)                    2D17-2625
STATE OF FLORIDA, )                    2D17-2657
)                    2D17-2732
    Appellee. )
)     CONSOLIDATED
_____ )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Louis G. Carres, West Palm Beach
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


      Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.